CLOSED, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-02397**
**Internal Use Only**

Andres v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Ewing Werlein, Jr
Lead case: 4:07-cv-02002
Member cases:
4:07-cv-02393
4:07-cv-02397
4:07-cv-02399
4:07-cv-02400
4:07-cv-02402
4:07-cv-02405
4:07-cv-02408
4:07-cv-02411
4:07-cv-02414
4:07-cv-02416
4:07-cv-02419
4:07-cv-02421
4:07-cv-02422
4:07-cv-02423
4:07-cv-02424
4:07-cv-02425
4:07-cv-02427
4:07-cv-02630
4:07-cv-02631
4:07-cv-02633
4:07-cv-02634
4:07-cv-02635
4:07-cv-02637
4:07-cv-02638
4:07-cv-02766
4:07-cv-02767
Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/24/2007
Date Terminated: 09/07/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Helmut G. Andres** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email:
dalexander@williamskherkher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email:
mitch.mcfarland@harrisonbettis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 2882391) filed by Helmut G. Andres. (Attachments: # 1 Civil Cover Sheet Andres, Helmut G.)(Alexander, David) (Entered: 07/24/2007) |
| 07/26/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 11/30/2007 at 02:30 PM in Room 11521 before Judge Ewing Werlein, Jr.( Signed by Judge Ewing Werlein, Jr ) Parties notified.(sbyrum, ) (Entered: 07/26/2007) |
| 07/26/2007 | | Summons Issued as to C. R. Bard, Inc., filed.(pcrawford, ) (Entered: 07/26/2007) |
| 07/26/2007 | | Summons Issued as to Davol, Inc., filed.(pcrawford, ) (Entered: 07/26/2007) |
| 08/07/2007 | 3 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 7/30/2007, answer due 8/20/2007, filed.(mmapps, ) (Entered: 08/07/2007) |

| | | |
|---|---|---|
| 08/07/2007 | 4 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 7/30/2007, answer due 8/20/2007, filed.(mmapps, ) (Entered: 08/07/2007) |
| 08/08/2007 | 5 | First CERTIFICATE OF INTERESTED PARTIES by Andres, Helmut G., filed.(Alexander, David) (Entered: 08/08/2007) |
| 08/14/2007 | 6 | Unopposed MOTION to Stay *Proceedings Pending Transfer to MDL* by all defendants, filed. Motion Docket Date 9/4/2007. (Attachments: # 1 Proposed Order Granting Defendant Davol Inc. and CR Bard Inc's Unopposed motion for stay of proceedings pending transfer to MDL) (McFarland, D) (Entered: 08/14/2007) |
| 09/05/2007 | 7 | ORDER granting 6 Motion to Stay All Proceedings pending Transfer to Federal MDL cause number 1:07-MDL-1842, in the District of Rhode Island.( Signed by Judge Ewing Werlein, Jr ) Parties notified.(chorace, ) (Entered: 09/05/2007) |
| 09/07/2007 | 8 | JPML CONDITIONAL TRANSFER ORDER (3) (certified copy) transferring case to USDC for the District of Rhode Island to be included in MDL Docket No. 1842. Case terminated on 9/07/07 (jegonzalez, ) (Entered: 09/07/2007) |

**TRUE COPY I CERTIFY**
**ATTEST:**
**MICHAEL N. MILBY, Clerk**
**By** ______________
**Deputy Clerk**